

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Santich, on behalf of themselves and all others similarly situated; Keith Blackmer, on behalf of themselves and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>GNC Holdings, Inc.; Doug Cook; Jody Eberhart; Barbara Swilley; Matthew Dovner; Cory Mayfield<br><br>**Defendant.** | Civil Action No.   17cv0540-DMS-RBB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss and dismisses this case without prejudice.

Date:   11/21/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Finnell-Yepez
A. Finnell-Yepez, Deputy